Norman Jenkins 99A3768
Edgecombe Residential Treatment Facility
611 Edgecombe Avenue
New York, New York 10032-4396

TO: Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, N.Y. 10007

DATE: June 27, 2016

Re: Illegal Incarceration

Your Honor

I'm being illegal Detain at the Edgecombe Residential Treatment Facility as a cadre inmate. The Facility Houses Female inmates on work release. Parolees being Treated for Drug Abuse, and cadre inmates who have 120 days and less on their committed sentence.

I wrote the Prior Judge Hon. Katerine P. Failla about Parole Terrorizing me and Harrassing me and my family. She wrote me back through a order that she investigated and was convence my warrant had nothing to do with my claim. She called the People I was complaining about and and it was a Phone conversation not an investigation . . .

Since MAY 24, 2010, I've been constantly harrassed and incarcerated by Department of correction community serive. (DOCCS)

This Document (Exhibit A) was created by them and when I brought it to their attention they been harrassing and illegally detaining me...

My prior lawyers STACY Richman and Robert Bolye participated in the corrupted misconduct I have previously enclose Documents of their Misconduct from Mooting my court of claim and sabatosing my §1983...

I'm asking that you order for me to be Freed from this Miscarriage of Justice and allow me to return to a normal life with my Family...

I Fear For my life here and I'm paranoid

I'm A innocent man and I have a right to liberty as a born citizian of this country

Thank you in advance for your Time and Patient in This Matter

Respectfully Submitted
Norman Jenkins 89A3762

```
                POLICE DEPT ARREST REPORT  RUN DATE 05/24/10  RUN TIME 11:
*********************************************************************
                                              ARREST ID: M10646108
 DEFENDANT INFORMATION                        DOB:12/29/65 AGE: 4
 NAME:JENKINS         NORMAN      SEX:M RACE:BLACK   PHONE:(   )
 AKA:                     CITZ? NO  POB:OTHER

 ADDR: 2049  MCGRAW AVENU BRONX         NY 10462 RES PCT: 043
 SKIN TONE: DARK   HGT: 5'10" WGT: 200 EYE COLOR: BROWN  HAIR COLOR:BROWN
 SOC STATUS:           SOC SEC #:   -  -         DEFT/VICT RELAT:
 PHYSICAL COND: INJ-R.M.A.                 TYPE DRUG USED: CRACK
 OCCUPATIONAL AREA: NONE                                 NO:
 LICENSE/PERMIT-TYPE(EXC DRIVER/OPR/REG):                NAME:
 CALLS: NO:              NAME: REFUSED   NO:(  )  -
 ORACLE# 00000000 NYSID# 05103178R FAX# MO029292 ARR.PROC: ON LINE
```

```
*********************************************************************
 NARRATIVE: AT T/P/O THE DEFENDANT DID ASSAULT 3 OFFICERS WHIL
            E TRESSPASSING ON A NYCHA PROPERTY. THE DEFENDANT
            WAS FOUND IN POSSESSION OF FELONY WEIGHT CRACK COC
*********************************************************************
 CHARGES INFORMATION                              DESCRIPTION
               ATT  LAW   SEC SUB  CLS TYPE CTS
 TOP CHARGE--> N    PL   120.08 00  F   C   03   ASSAULT
 TOTAL CHARGES N    PL   220.06 03  F   D   01   CPCS-5
 COUNT = 05    N    PL   205.30 00  M   A   01   RESIST ARREST
               N    PL   140.10 00  M   B   01   CRIM TRESPASS-3
               N    PL   221.10 01  M   B   01   POSS MARIJNA 5
*********************************************************************
 ARREST RELATED INFORMATION       DAT? NO
*********************************************************************
 TIME 02:45 DATE 05/22/10 CMD 023
 WEAPON POSS/USED:PHYSICAL FORCE      ARREST LOC: 230    EAST 102 STREET
 NUM OF ASSOC:00
 PROPERTY VOUCHERS:
       1 NO:         CMD:      VAL:             TYP:
       2 NO:         CMD:      VAL:             TYP:

       3 NO:         CMD:      VAL:             TYP:
*********************************************************************
 COMPLAINANT/UF-61/VICTIM INFORMATION
 IS COMPL A CORP? NO   OR PSNY? YES  OR DISABLED? NO   TOTAL VICTIMS = 00
 COMPL NAME:                                  E     TEL NUM: (   )  -
 ADDR:
 AIDED NO:      AIDED CMD:    ACC NO:         ACC CMD:
 UF-61: NO:003273 CMD:023 SECTOR:B  JURISDICTION: N.Y. HOUSING POLICE
 TIME & DATE OF OCCURRENCE:  02:35 ON  05/22/10    METHOD:
 PREMISES:                           LOCATION:230  EAST 102 ST MANHATT
*********************************************************************
 ARRESTING OFFICER INFORMATION
```

PAGE 05/21   BSS INVESTIGATIONS   21223951B1   04:48  1/15/2002

```
NAME: AHMED    ZULFIQAR    RANK: POM  TAX NUMBER:         SHIELD:
                                                           ASSN:
DEPT: NYPD  CMD: 025 PCT  CHART: P O PATROL DUTY CT   SQUAD: B2
                          ASSIGNED? YES   ON DUTY? YES   IN UNIFORM? YES
                                                REASON:
OFFICER:    INJURED? YES
USED FORCE? NO   TYPE:
```

This Document contains The wrong Arresting officer My Lawyer Robert Boyle Tried to get it moot at the begning of My Trial by introducing it as Exhibit 37. As A one page Document. Parole is Trying to stop me from revealing this in court. I'm Asking you call Me to your chambers so I can show you everything!!!

**EDGECOMBE RESIDENTIAL TREATMENT FACILITY**
611 EDGECOMBE AVENUE
NEW YORK, NEW YORK 10032-4398

NAME: Norman Jenkins   DIN: 89A3168

RECEIVED
SDNY PRO SE OFFICE
2016 JUN 30 PM 12: 23

NEW YORK
NY 100
27 JUN '16
PM 12 L

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshal United States Courthouse
40 Foley Square Room 415
New York, N.Y 10007

10007-150729

USM SDNY

021P
0000845982
MAILED FROM ZIP CODE 10032
UNITED STATES POSTAGE
$000.47⁰
PITNEY BOWES
JUN 27 2016