IH-34
Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Norman Jenkins
(List the full name(s) of the plaintiff(s)/petitioner(s).)

13 cv 3405 (VSB)(   )

-against-

NOTICE OF CHANGE OF ADDRESS

Victor Charles, et al.

(List the full name(s) of the defendant(s)/respondent(s).)

I hereby notify the Court that my address has changed to the following:

Jenkins Norman L
Name (Last, First, MI)

611 Edgecombe Ave    N.Y    N.Y    10032
Address              City   State  Zip Code

212 923 4398
Telephone Number

N/A
E-mail Address (if available)

June 27 2016
Date

N. Jenkins
Signature

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-29-16

RECEIVED
JUN 29 2016
VERNON S. BRODERICK
U.S. DISTRICT JUDGE
S.D.N.Y.

**EDGECOMBE RESIDENTIAL TREATMENT FACILITY**
611 EDGECOMBE AVENUE
NEW YORK, NEW YORK 10032-4398

NAME: Norman Jenkins   DIN: 89A3268

RECEIVED
SDNY PRO SE OFFICE
2016 JUN 30 PM 12: 02

USM40LD
SDNY

TO: Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007