13cv 3405

Greetings Honorable Judge

Vernon S. Broderick

RECEIVED
SDNY DOCKET UNIT
2017 FEB -6  PM 3: 10

I hope all is well
when you receive my
letter in regards to
Mr. Roman Jenkins 34916/2279
who is being treated in
the true fire or "Fire Cras"
Ever since Mr. Jenkins
exposed the truth about
a glorious Police
Report from the ORI
on 5-24 2010  he has been

RECEIVED
FEB 03 2017
VERNON S. BRODERICK
U.S. DISTRICT JUDGE
S.D.N.Y.

harrassed by parole
wrongfully incarcerated
where he loss his freedom.
I'm not sure if you
were aware that Mr. Jenkins
has been arrested in
November for V.O.P now
from page 36 it clearly
states you don't want
a situation where Mr.
Jenkins either goes to
jail for a parole violation
or whether some other

incident. How can a
Federal Appointed Judge
explain this matter to an
Administrative Law Judge
and it be disregarded.
What about Mr. Seakens
civil liberty, and justice
for his wife. His freedom
has been snatched from
him due to a FAKE police Report
that was produced by
parole officer. Honorable
Judge Robert Bellatromi

was made aware of the
false police report Mr.
Jenkins been threatened
and being treated
unlawfully. I would
like an investigation on
that police report that
his lawyer @ the time
try to have him sign
on 5/23/10 the day before he
went to court on ~~5/24/10~~ 5/24/10 5/24/10
for the life of me I'm not
understanding why hasn't

anything been done as
of yet for Mr. Jenkins.
Its not fair to be treated
inhumanely. If it not to
much to ask he would
like to know what are
your plans & how will
you be able to assist
Mr. Jenkins in this matter.
For seven years he's
been dealing with this;
to be taken from your
only son @ a very crucial

time. Also, were you aware that Mr. Jenkins was his mothers Proxy and sole care provider. If he would've been with his mother He could've prevented her from slipping & hitting her head and bleeding to death which she was home alone because he was always with her & due to parole locking him up he was not able

to help his mother. She passed a week later, a day before Thanksgiving, mind you Mr. Jenkins was not able to attend his mothers funeral either.

No man should ever have to be treated this way because of the color of their skin. It is very evident this relates all to Jim Crow. When one sees all proof

needed to show how
documentation was falsified.
Not to mention Mr. Jenkins
has proof of everything
that clearly states malicious
imprisonment. Honorable
Vernon S. Broderick please
help Mr. Jenkins is nothing
else, that document from
the ORI please investigate.
that is nothing else. <u>Please.</u>
      I would like to take
the time to say thank you

for taking the time out
to read my letter of
concern. May you take
care and may you enjoy
your day. God Bless You.

Sincerly

FELICIA THURSTONS

```
1    previously, or, I don't know if that was made clear or not, but

2    definitely from my client's documentation to the Court parole

3    continues to unlawfully harass him.  And so I want at least the

4    record to be clear that this entire, this entire process and,

5    quite frankly, the time and energy of the federal court has

6    been consumed, quite frankly wasted because of the actions of

7    the Division of Parole in their unlawful treatment of my

8    client, and that is why judicial resources have had to be spent

9    on this entire situation.  And that's all we can do is place it

10   on the record.  I understand your Honor has no jurisdiction

11   over the Division of Parole as I've stated to my client before.

12           THE COURT:  Again, I don't know what is currently

13   ongoing.  Ms. Marion, you're representing Mr. Jenkins.  I don't

14   know whether you could intercede.  Is there something that

15   could be done?  I don't know whether it's a particular officer

16   or changing -- I have no idea what's going on, but what I want

17   to prevent and make clear is that if there are issues, that you

18   should try to address them as quickly as possible because I

19   don't want anything happening with regard to Mr. Jenkins where

20   an incident happens where he's again -- now, he's on parole

21   now, is that correct?

22           MS. MARION:  Yes.

23           THE COURT:  When is the termination of that parole?

24           MR. JENKINS:  2017.

25           THE COURT:  So I want to make sure that there isn't,
```

GAJFJENC

```
 1    whether it's misunderstanding or whether it's just people's

 2    emotions are high because Mr. Jenkins here has indicated that

 3    he's told people there that he's going to sue them.  So I want

 4    to make sure that there isn't, and again, on both sides,

 5    something that ends up where either Mr. Jenkins is in jail or

 6    something else happens.  So I'd like you to be in contact

 7    with -- do they know that you're representing him in the civil

 8    case?

 9              MS. MARION:  Now they know that, yes.

10              THE COURT:  And so that they have a point of contact

11    to make sure that things go smoothly from here on out.  Putting

12    aside whether there's going to be a case involving people from

13    parole or not, I just don't want a situation where Mr. Jenkins

14    either goes to jail for a parole violation or whether some

15    other incident.  Okay?

16              MS. MARION:  Yes, your Honor, and I understand that.

17    I would just say to the Court they know that I represent him,

18    but unfortunately from my experience of doing this a long time

19    and representing individuals who are on parole, they really

20    don't care and they're going to do what they want.  They don't

21    care -- they don't care about what the client's lawyer has to

22    say until my client is facing a parole revocation hearing and

23    then I have to come in and then argue, which I'll do and I've

24    done it before and I've done it many times before, but they're

25    going to look at the civil case separately and they only, they
```

Norman Jenkins #349612279
E.N.T.C.
10-10 HAZEN St
EAST Elmhurst New York 11370

TO: Honorable Vernon S. Broderick
UNITED STATES DISTRICT COURT
Southern District of New York
Thurgood Marshall Court House -
40 Foley Square Room 415
New York N.Y 10007



USMAOLD
SDNY

RECEIVED
SDNY DOCKET UNIT
2017 FEB -6 PM 3: 10



CERTIFIED MAIL

7016 0910 0001 2930 4162







U.S. POSTAGE
NEW YORK, NY
JAN 2022
AMOUNT
$7.29
R2304E106443-37