# Barket Marion Epstein & Kearon, LLP

Attorneys at Law

666 Old Country Road, Suite 700  
Garden City, New York 11530  
[P] 516.745.1500 • [F] 516.745.1245

5 Columbus Circle, Suite 710  
New York, New York 10019  
[P] 212.972.1710  
[Send mail to Garden City]

www.barketmarion.com

July 21, 2017

Vernon S. Broderick  
United States District Judge  
Thurgood Marshall  
Unite States Courthouse  
40 Foley Square  
New York, NY 10007  

          Re:    *Norman Jenkins v. Police Officer Victor Charles, et al.*  
                13-CV-03405 (VSB)

Dear Judge Broderick:

      I represent Plaintiff in the above referenced matter and am writing this joint letter pursuant to Your Honor's Order of July 17, 2017 (DE#153).

      The parties have met and conferred and wish to set a trial date for some time after September as counsel already has two trials scheduled for trial during that month.

      Furthermore, the parties did discuss settlement and although a resolution could not be reached at this time, we have agreed to continue the discussions in the hopes of reaching a resolution prior to the trial date.

      Thank you.

                                                  Respectfully,

                                           /s/ abm  
                                Amy Marion, Esq. – Counsel for Plaintiff  
                                Dara L. Weiss, Esq. – Counsel for Defendants

ABM:lr  
cc: All counsels (via ECF)