```
                                    USDC SDNY
                                    DOCUMENT
                                    ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT        DOC #:
SOUTHERN DISTRICT OF NEW YORK       DATE FILED: 1/30/2018
------------------------------------------------------X
NORMAN JENKINS,
                        Plaintiff,           13 CIVIL 3405 (DLC)

            -v-                              JUDGMENT

POLICE OFFICER VICTOR CHARLES,
POLICE OFFICER RAMIRO RUIZ, and
POLICE O9FFICER ROBERT AGATE,
                        Defendants.
------------------------------------------------------X
```

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 30, 2018, the case is dismissed, with prejudice, judgment is entered for the defendants and this case is closed.

**Dated:**  New York, New York
        January 30, 2018

                                        RUBY J. KRAJICK
                                        Clerk of Court
                                BY:
                                        _____
                                        Deputy Clerk


THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON  1/31/2018